UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ALEXANDER JIGGETTS,

                        Plaintiff,

                                                                1:22-CV-1238
    v.                                                         (GLS/DJS)

UNITED STATES DISTRICT COURT FOR
MARYLAND JUDGE JULIE RUBIN,

                        Defendant.
_____

**APPEARANCES:**                                    **OF COUNSEL:**

ALEXANDER JIGGETTS
Plaintiff *Pro Se*
Randallstown, MD 21133

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

The Clerk has sent for review a civil Complaint filed by Plaintiff. Plaintiff has not paid the filing fee, but instead submitted a Motion to Proceed *in forma pauperis* ("IFP"). Dkt. No. 2. After reviewing the submission, the Court finds that Plaintiff meets the requirement for economic need and thus may properly proceed with this matter *in forma pauperis*.

Dated: December 1, 2022
       Albany, New York

                                                   Daniel J. Stewart
                                                   U.S. Magistrate Judge