**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALEXANDER JIGGETTS,**

                   **Plaintiff,**               1:22-cv-1238
                                                              (GLS/DJS)

        **v.**

**UNITED STATES DISTRICT**
**COURT FOR MARYLAND JUDGE**
**JULIE RUBIN,**

                   **Defendant.**

**APPEARANCES:**                   **OF COUNSEL:**

**FOR THE PLAINTIFF:**
ALEXANDER JIGGETTS
Pro Se
3720 Brenbrook Dr.
Randallstown, MD 21133

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Daniel J. Stewart, duly filed December 1, 2022. (Dkt. No. 4.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 4) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that the clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

December 21, 2022
Albany, New York

Gary L. Sharpe
U.S. District Judge